

AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE FRANCISCO LUCERO-SALCEDO | CASE NUMBER: 08cr2703-H |

I, JOSE FRANCISCO LUCERO-SALCEDO, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/14/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Jose Francisco Lucero-Salcedo_
Defendant

_J Bolton for Lisa K Baughman_
Counsel for Defendant

Before _____
JUDICIAL OFFICER